IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-MC-00094-MOC-DSC

| | |
|---|---|
| IN RE: MOTION TO QUASH ) <br> SUBPOENA DUCES TECUM ISSUED ) <br> TO VICTOR J. COOK ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on "Victor J. Cook's Motion to Quash Subpoena/Motion for a Protective Order" (document #3). No response was filed by the issuers of the Subpoena.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court has carefully considered the record, authorities and Mr. Cook's argument. The Court will <u>deny</u> the Motion to Quash.

If Mr. Cook contends that any responsive documents are confidential, they shall be produced pursuant to a protective order negotiated by the parties. If the parties are unable to agree upon a protective order, they should file a motion for entry of protective order along with their respective proposed orders. If Mr. Cook contends that any documents are covered by attorney-client or attorney work product privileges, he shall serve a privilege log on the opposing party.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: June 30, 2015

David S. Cayer
United States Magistrate Judge