# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-MC-00094-MOC-DSC

| | |
|---|---|
| IN RE: MOTION TO QUASH ) | |
| SUBPOENA DUCES TECUM ISSUED ) | |
| TO PHYSICIANS CHOICE ) | **ORDER** |
| LABORATORY SERVICES ) | |
| ) | |

**THIS MATTER** is before the Court on "Laboratory Equipment Holdings, LLC Motion to Quash Subpoena Duces Tecum Served on Physicians Choice Laboratory Services and Incorporated Memorandum of Law" (document #7). No response was filed by the issuers of the Subpoena.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court has carefully considered the record, authorities and Laboratory Equipment Holdings, LLC's argument. The Court will <u>grant</u> the Motion to Quash document requests 18, 19, 21 and 25 for the reasons stated in the Motion.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: June 30, 2015

David S. Cayer
United States Magistrate Judge